IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASEER**<br>      (a/k/a Abdul Nasir)<br>      *Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br>      *Respondents.* | Civil Action No. 06-cv-01689<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned attorney will associate with the CENTER FOR CONSTITUTIONAL RIGHTS in the representation of Petitioner **NASEER (a/k/a Abdul Nasir),** and **KHABEER NASEER,** as Next Friend of **NASEER** in this matter. Service upon counsel may be made to:

> Richard A. Grigg
> SPIVEY & GRIGG, L.L.P.
> 48 East Avenue
> Austin, Texas 78701
> Tel: (512) 474-6061
> Fax: (512) 474-1605

      Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: January 12, 2007

> Respectfully submitted,
>
> Richard A. Grigg
> Texas Bar # 08487500
> SPIVEY & GRIGG, L.L.P.
> 48 East Avenue
> Austin, Texas 78701
> Tel: (512) 474-6061
> Fax: (512) 474-1605
> Email: dicky@Grigg-Law.com
>
> By: /s/ Richard A. Grigg
>         Richard A. Grigg

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on Respondents by EFC and a copy has been emailed to the following persons:

**Terry M. Henry, Esquire**
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
20 Massachusetts Ave., NW, Suite 7144
Washington, DC 20044

and

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

On this the 12th day of January, 2007

_____
Richard A. Grigg