UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL NASEER, | : | |
| Petitioner/Plaintiff, | : | |
| v. | : | Civil Action No.: 06-1689 (RMU) |
| GEORGE W. BUSH et al., | : | |
| Respondents/Defendants. | : | |

## JUDGMENT ORDER

### Dismissing the Petitioner's Claims

On November 13, 2007, the government filed a notice of transfer of Abdul Naseer to the control of the government of Afghanistan. As the petitioner no longer remains in the custody of the United States, this court is without jurisdiction to maintain this suit.

For these reasons, it is, this 3rd day of July, 2008 hereby

**ORDERED** that the petitioner's claims are **DISMISSED**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge